In the MATTER OF a Member of The
Bar of the Supreme Court of Delaware:
Adam D. GELOF, Respondent.

Case No. 143, 2016

Supreme Court of Delaware.

August 3, 2016

Board Case No. 112424–B

Reinstatement Granted.